# EXHIBIT B



# SOUTHINGTON PUBLIC SCHOOLS

JOSEPH V. ERARDI, JR., Ed.D.
*SUPERINTENDENT OF SCHOOLS*

HOWARD J. THIERY
*ASSISTANT SUPERINTENDENT
FOR INSTRUCTION & LEARNING*

BOARD OF EDUCATION

BRIAN S. GORALSKI
*BOARD CHAIRPERSON*

ROSEMARIE MICACCI FISCHER
*VICE CHAIRPERSON*

TERRI C. CARMODY
*SECRETARY*

COLLEEN W. CLARK

DAVID J. DERYNOSKI

JILL NOTAR-FRANCESCO

PATRICIA P. JOHNSON

ZAYA A. OSHANA

KATHLEEN C. RICKARD

49 BEECHER STREET
SOUTHINGTON, CT
06489

WWW.SOUTHINGTONSCHOOLS.ORG

OFFICE TELEPHONE
(860) 628-3202

FAX
(860) 628-3205

Via Certified and Regular Mail #70071490000382782592

May 23, 2008

Marie Jarry
2 Arrowhead Drive
Farmington, CT 06032

Re: Your Breach of the Settlement Agreement Executed on May 5, 2008

Dear Ms. Jarry:

It has come to my attention that you breached one of the terms of the Release and Settlement Agreement signed by you, myself and Southington Education Association President Richard Terino on May 5, 2008. Specifically, you called in and were heard on the Howard Stern Show on Tuesday, May 20, 2008, discussing the matter of your resignation from your employment with the Southington Public Schools.

As I am sure you are aware, the May 5th agreement contains the following paragraph:
"MS. JARRY agrees that she shall have no contact with Howard Stern or any member of his staff regarding her employment and/or resignation and/or her previous appearance on the Howard Stern Show and/or any affiliated website or any other entity affiliated with Howard Stern regarding her employment and/or resignation and/or her prior appearance on the Howard Stern Show." Clearly, your actions in calling into the Howard Stern Show and discussing your resignation constitute a breach of this term of the May 5th agreement.

Please be advised that, in the event that you breach this or any other term of the agreement again, the Southington Board of Education (the "Board") will consider taking legal action against you.

Sincerely,

Dr. Joseph V. Erardi, Jr.
Superintendent of Schools

Cc:    Christine L. Chinni, Esq.