STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIE JARRY | : | CIVIL NO. |
| Plaintiff | : | 3:08-CV-00954-WWE |
| V. | : | |
| SOUTHINGTON BOARD OF EDUCATION, ET AL. | : | |
| Defendants | : | JANUARY 29, 2010 |

## MOTON FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56(a)1 of the Local Rules of Civil Procedure, the undersigned defendants, the Southington Board of Education and Joseph B. Erardi, Jr., hereby respectfully move for summary judgment as to the First, Second, Third, Fifth and Sixth Counts of the plaintiff's February 2, 2009 Second Amended Complaint. The defendants respectfully submit that there exists no genuine issue of material fact and that the defendants are entitled to judgment as a matter of law.

More specifically, the defendants move for summary judgment on the following grounds:

1. The plaintiff's constructive discharge/due process claim fails as a matter of law since the defendants were not required to provide pre-resignation due process, the plaintiff voluntarily resigned and was not constructively discharged, and since the available post-resignation procedures satisfy any requirement of procedural due process

2. The plaintiff's sex discrimination claim fails as a matter of law since there was no adverse employment action, the plaintiff was not treated differently from similarly situated males, and the plaintiff was appropriately investigated for non-discriminatory reasons

3. The defendant is entitled to qualified immunity with regard to the first and second counts of the plaintiff's complaint

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

4. The plaintiff cannot establish municipal liability under U.S.C. 42 § 1983

5. The defendants are entitled to qualified immunity and statutory immunity pursuant to § 52-557n with regard to the negligence claims set forth in the third and fifth counts

6. There is no factual basis for the plaintiff's claim of intentional misrepresentation in the sixth count

7. The court should decline to exercise supplemental jurisdiction over state law claims

A Memorandum of Law and Local Rule 56(a)1 Statement, with attached exhibits, are submitted herewith and incorporated as if fully stated herein.

**WHEREFORE**, for all of the foregoing reasons, and for the reasons set forth in the accompanying Memorandum of Law, the defendants respectfully urge the Court to enter summary judgment in their favor as to the First, Second, Third, Fifth and Sixth Counts of the plaintiff's February 2, 2009 Second Amended Complaint.

DEFENDANTS:
SOUTHINGTON BOARD OF EDUCATION
and
JOSEPH V. ERARDI, JR.

BY: /s/ct00281
    Peter K. O'Keefe
    Jackson O'Keefe
    36 Russ St., Hartford, CT 06106
    Fed. Bar No.: CT 00281
    Telephone: 860-278-4040

BY: /s/ct18323
    Joseph M. Busher, Jr.
    Jackson O'Keefe
    36 Russ St., Hartford, CT 06106
    Fed. Bar No.: CT 00281
    Telephone: 860-278-4040

## **ORDER**

The foregoing Objection, having been duly considered, it is hereby ORDERED: SUSTAINED/OVERRULED

                                        BY THE COURT

                                        _____
                                        Judge/Clerk
                                        Dated:

## **CERTIFICATION**

This is to certify that on January 29, 2010, a copy of the foregoing was filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

Barbara E. Gardner, Esq.
843 Main Street, Suite 1-4
Manchester, CT 06040

Jane B. Monahan, Esq.
195 Farmington Avenue, Suite 204
Farmington, CT 06032

Martin A. Gould, Esq.
Gould Killian & Wynne
280 Trumbull Street
Hartford, CT 06103

                                        BY/s/ Peter K. O'Keefe
                                            Peter K. O'Keefe