UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARIE JARRY

      v.                                              3:08CV954(WWE)

SOUTHINGTON BOARD OF
EDUCATION, SOUTHINGTON
EDUCATION ASSOCIATION, and
JOSEPH V. ERARDI, JR.,
THE CONNECTICUT EDUCATION
ASSOCIATION INCORPORATED, and
CHRISTOPHER HANKINS

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendants' motion to dismiss and motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motions and on July 7, 2010, a Memorandum of Decision was filed granting the motion to dismiss as to Southington Education Association, Connecticut Education Association Incorporated and Christopher Hankins. On July 8, 2010, an Amended Memorandum of Decision was filed dismissing the breach of fair representation claim and dismissing the state law claims of negligent infliction of emotional distress, negligent misrepresentation and intentional misrepresentation as to the Southington Board of Education, Connecticut Education Association Incorporated and Christopher Hankins. On September 23, 2010 a Memorandum of Decision was filed granting the motion for Summary Judgment as to the plaintiff's federal claims and declining to exercise supplemental jurisdiction over the

plaintiff's state law claims against the Southington Board of Education and Dr. Erardi, dismissing the claims without prejudice.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants against the plaintiff and the case is closed.

Dated at Bridgeport, Connecticut, this 29th day of September, 2010

                                      ROBERTA D. TABORA, Clerk

                                      By       /s/      
                                            Deborah A. Candee
                                               Deputy Clerk

Entered on Docket _____